```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
MICHAEL PRINCE,                                        :
                                                       :
                              Plaintiff,               :
          -against-                                    :          20-cv-1935 (VSB)
                                                       :
CITY OF NEW YORK, et al.,                              :             ORDER
                                                       :
                              Defendants.              :
                                                       :
-------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Pursuant to my Oder dated May 3, 2020, this case was stayed for ninety (90) days. The stay is now expired, and Plaintiff has docketed affidavits of service of the First Amended Complaint. (Docs. 14–17.) The parties are directed to meet and confer, and file a status update no later than September 30, 2020 setting a deadline for Defendants to answer or otherwise respond to the complaint.

      The Clerk is directed to lift the stay on this case.

SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                                                                     _____
                                                                                     Vernon S. Broderick
                                                                                    United States District Judge