```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL PRINCE,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :                20-cv-1935 (VSB)
              -v-                                           :
                                                            :                    ORDER
CITY OF NEW YORK et al.,                                    :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------:
                                                            X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2021
```

VERNON S. BRODERICK, United States District Judge:

      On July 2, 2021, I issued an order granting the motion to withdraw as attorney submitted by Plaintiff's counsel, and stayed all deadlines in this case for 30 days to allow for Plaintiff either to find new counsel or to put his contact information on the docket and represent himself pro se. (Doc. 30.)  More than 30 days have elapsed, and no one has filed a notice of appearance on Plaintiff's behalf, nor has Plaintiff put his contact information on the docket indicating his intention to proceed pro se.  Accordingly, it is hereby:

      ORDERED all deadlines in this matter are stayed until September 6, 2021.  On or before that date, Plaintiff is directed either to have a new attorney file a notice of appearance on his behalf, or file a notice of appearance indicating that Plaintiff intends to represent himself pro se.  If Plaintiff intends to proceed pro se, he is also responsible for putting his contact information on the docket.  Plaintiff is warned that failure to comply with this Order will likely result in dismissal of this action.

      IT IS FURTHER ORDERED that Defendants, on or before August 13, 2021, are directed to mail a copy of this Order to Plaintiff, and email a copy of this Order to any known email addresses for him, and then file proof of service on the docket.

SO ORDERED.

Dated: August 6, 2021
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge