UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

MICHAEL PRINCE,

                Plaintiff,

       -v-

CITY OF NEW YORK et al.,

               Defendants.

------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _8/30/2021_ |

20-cv-1935 (VSB)

**<u>ORDER</u>**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of two notices of appearance recently filed on behalf of Plaintiff in this case. (Docs. 37–38.) The operative Case Management Plan and Scheduling Order provides that discovery shall conclude on October 15, 2021, and that the parties are directed to appear for a post-discovery conference on October 28, 2021. (Doc. 24.) Accordingly, it is hereby:

      ORDERED that the parties are directed to meet and confer and submit a joint filing on or before September 7, 2021, indicating whether or not the parties intend to abide by the existing Case Management Plan and Scheduling Order or need more time to complete discovery. If the parties believe that they need more time to complete discovery, they should attach as an exhibit to their filing a proposed revised Case Management Plan and Scheduling Order.

SO ORDERED.

Dated:     August 30, 2021
           New York, New York

                                   VERNON S. BRODERICK
                                   United States District Judge