IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL PRINCE,

                              Plaintiff,        Index 20-cv-1935 (VSB)(SLC)

**ORDER**

       -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------------X

     **WHEREAS**, a settlement has been reached in principle in this action that is agreeable to the parties herein;

     **WHEREAS,** in order for the City of New York to process the settlement, they require a final lien update from the City of New York Hunan Resources Administration Department of Social Services;

Whereas, Plaintiff's counsel has reported that ▇▇▇▇▇▇ the City of New York's Human Resources Administration Department of Social Services has indicated that they will not address a lien request submitted in February 2022 for an indeterminate additional time, up to 120 days, in the absence of a Court Order to expedite same; and

     **NOW, THEREFORE, IT IS HEREBY ORDERED**, that the City of New York's Human Resources Administration Department of Social Services address the lien request submitted for Plaintiff PRINCE herein on an expedited basis, and deliver the results of same to Plaintiff's Counsel, Wylie Stecklow PLLC, Carnegie Hall Tower, 152 W. 57th Street, 8th Floor, New York, NY 10019, as soon as is practicable.

Dated: February  23 , 2022

The Clerk of Court is respectfully directed to close ECF No. 51.

SO ORDERED 2/23/2022

_____
SARAH L. CAVE
United States Magistrate Judge